43 A.3d 464

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Abimael CASIANO–FERNANDEZ, Petitioner.**

**No. 219 MM 2010.**

Supreme Court of Pennsylvania.

Feb. 3, 2012.

**ORDER**

PER CURIAM.

**AND NOW,** this 3rd day of February, 2012, the Petition for Review is **GRANTED.** The order of the Superior Court is **VACATED,** and this matter is **REMANDED** to the Superior Court. Petitioner is directed to file his appellate brief with the Superior Court within 30 days of our order.